# FILED

07/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0280, DA 20-0281, DA 20-0282, and DA 20-0283

_____

IN THE MATTER OF

A.C., R.G., A.S., and R.S.,

    Youths in Need of Care.

_____

## ORDER GRANTING MOTION TO CONSOLIDATE

_____

Appellant/Mother's motion for consolidation is GRANTED. It is hereby

ORDERED that the above causes be consolidated for purposes of appeal under

Cause No. DA 20-0280.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2020